# CHAPTER 13 CONFIRMATION REPORT

Debtor(s) Name: Justin M. Wilburn  
Brittany M. Wilburn

Case No.: 22-80460

Appearances at First Meeting: Sumner Bourne, Attorney for the Debtor

## Plan Information

- [X] Plan
- [ ] Amended Plan

Plan Payment: $625.00 for 60 months

Plus federal & state income tax refunds

Plan Term: 60 months  Approx. 43.69% Plan

| | |
|---|---:|
| Priority Creditors | $ - |
| Arrearage | $ - |
| Secured Creditors | $ 28,002.88 |
| Special Unsecured | $ - |
| General Unsecured | $ 2,340.12 |
| Attorney Fee | $ 3,407.00 |
| Trustee Fee | $ 3,750.00 |
| Total Plan | $ 37,500.00 |

Wage Deduction: [ ] Yes  [X] No

Direct Payments: Contract for Deed - John Yeagle

Other: Surrender: 2010 Ford F-150 - OneMain Financial

## Means Test Information

- [ ] Over Median
- [X] Under Median
- [X] Income Verified
- [ ] Form 122C-2 approved by Trustee
- [ ] Form 122C-2 contested by Trustee
  - [ ] Income
  - [ ] Standard Deductions
  - [ ] Additional Expense Deductions
  - [ ] Debt Payment
- [ ] Amended Form 122C-2 to be filed

| | |
|---|---:|
| Line 45-Mo. Disposable Income: | $ - |
| Sixty Month Total: | $ - |
| Total Plan Distribution to Unsecured Creditors: | $ 2,340.12 |
| Estimated General Unsecured: | $ 5,356.00 |

## Trustee Recommendations

- [X] Confirm Plan as filed
- [ ] Confirm Plan with the following Changes:
- [ ] Amended Plan to be filed within ___ days
- [ ] Amended Schedule ___ to be filed within ___ days
- [ ] Request Confirmation Hearing
  - *Feasibility*    *Best Interest of Creditors Test*    *Valuation of Collateral*
  - *Excess Disposable Income*    *Other:*
- Other: